# MINUTE ENTRY FOR CRIMINAL PROCEEDING

2

BEFORE MAG. JUDGE __MARILYN GO__          DATE: __1/9/2017__

DOCKET NUMBER: __16-974M__          FTR #: __2:28 - 2:29__

DEFENDANT'S NAME: __JOHN DOE__
　　__X__ Present  ___ Not Present  __✓__ Custody  ___ Bail

DEFENSE COUNSEL: __JOEL COHEN__
　　___ Federal Defender  __X__ CJA  ___ Retained

A.U.S.A.: __UNA DEAN__ _Saritha Komatireddy_          CLERK: __M. SICA__

INTERPRETER: _Isabelle Avrutin_ (Language) __RUSSIAN__

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ___ Defendant's first appearance.

　　___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
　　___ Defendant advised of bond conditions set by the Court and signed the bond.
　　___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
　　___ (Additional) surety/ies to co-sign bond by _____
　　___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__X__ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

__X__ A Conference is set for __1/30/17__ @ __11AM__ in Courtroom 2a before the Duty Magistrate Judge

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: